UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NANCY JEAN THOMPSON,

                Petitioner,

    v.                                                  3:04-cv-1321

UNITED STATES OF AMERICA,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

      Petitioner seeks a Certificate of Appealability. Having reviewed the bases for the certificate of appealability, the Court finds that Petitioner has not made a a substantial showing of the denial of a constitutional right and, thus, the Court sees no basis for a Certificate of Appealability.

      The request for a Certificate of Appealability is DENIED.

      IT IS SO ORDERED.

Dated: June 1, 2005

                                              Thomas J. McAvoy
                                              Senior, U.S. District Judge